Please send some vouchers, Hotel/motel, car lot, and Food and Beverage Page 1
Thank you currentley at 100 North Lamar Ft. Worth Tx

Dear chairman or to whom it may concern of the federal Courts at the Northern District of Texas, court division

4-23CV-470-O
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 12 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Apoun knowledge of being promised the Bononno family presidency before birth, by both original founders, Jhon Gotti and Charlie Lucciano, as well as my father Lester Cook who promisses me anything that would bair the fruit of as Donn! Which ive never known to pursue until now, destighned to reighn, and to Respectfully reunite the Bononno and the mafia with the right to a final say, Im currentley 41 years of age, In desperate need of the ability to bair the fruit of with every position! As Bononno family president!

I have no knowledge of were every fruit bairing member might be but Im hopes of a sucessfull reunibeing as, donn dm in desperate need of having the fianancual Backing secured, promissed all the federal funding in the world, promissed every car and paper dispenceing unit in the world, as well as every treasureurey department IN the world! Please currentley help assist me as Bononno family president!

With no other way to gain acknowledgement but this letter, Im desperatley, in need of a rescue party, Im currentley being held unlawfully in the federal government in a Tarrant County Jail in fort Worth Texas at 100 North Lamar St! 9129476192
Im in desperate need of a way to get me and my honnerables to higher ground, as well as a way to be financially backed apoun arrival! Promised every treasureurey department in the World!

Turn to the Next Page

Im also in desperate need of the ability to bair the fruit of at several local car dealerships, and hold and secure them, as well as have some remanufactored promissed the whole Automoble industries, which Im in desparate need of holding and secureing it with honney! As well as haveing several Replica's remanufactored! ~~at least~~ at least 600 to 1000 every thing from High end imports to 1950 ~~~~ or 1960 all the way up to currentley dated muscle cars! ~~~~

As well as alengthey stay at the Worthington localley and several casino resorts on the strip promissed every casino and motel and hotel buisness, and as well as a the firestone and Haliday inn which Im in desperate need of haveing secured with pay, promissed every one in the world!

Im also in desperate need of ~~its~~ a second generation gap law and way to bair the fruit of with every position, as well as the ability to bair the fruit of with a handgun and shoot to kill status for me and a few good men! As well as the ability to clear my name in the food and resteraunt Buisness, what I am trying to say is Im in desperate Need of haveing it secured, its what Im in Jail for a ~~whataburger~~ criminal tresspass at a whaterberger. Please help me to get it secured!

Page 3

I'm also in desperate need of the secureing of the lives and honner of every Donn, endervor goodmate and honnerable member In the mafia and the Bonunno family as well as a way to ~~terminate~~ kill any unwanteds please come Immediately apoun recieving this letter!

With out the knowledge of an originaul founders where abouts I have no knowledge of where every fruit baring member might be but I'm in desperate need of there protection and honney to be in tack as well as my father and the other donns, but I have been deprived of my honner at every establishment localley all declaired to the day of the new Donn! I'm also in need of every members honner to be in tack and a way to put a lid on an ~~Inflateme~~ INphatree With no way to know were my roots isodts very hard to do so please come prepaired to kill but be prompt apoun my request!

Also IF you cant fhafill my request, apoun asking for a rescue party, Please send some food & Beverage and hotel and motel And carlot Vouchers promissed the whole Industrice ASAP Tommy Cook

I'm ind desperate need of them
I have no commisary, Promirssed every endeviored account Please, Put some money on my Books! send some vouchers!

Tommy Allen Cook DB 05/8/23
160 North Lamar St.
Ft. Worth Texas 76102

United X-RAY
To the: Northern District of Texas Court
In the
501 West 10th Street 310
Ft. Worth Texas 76102

RECEIVED
MAY 11 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7510283759 0024

US POSTAGE ᵁᴹ PITNEY BOWES
ZIP 76196 $ 000.60⁰
02 1W
0001399895 MAY. 08 2023

TARRANT COUNTY JAIL MAILROOM

Case 4:23-cv-00470-O   Document 1   Filed 05/11/23   Page 7 of 8   PageID 7