IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TOMMY ALLEN COOK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 4:23-CV-470-O |
| | § | |
| BILL WAYBOURN, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition filed by Tommy Allen Cook under 28 U.S.C. § 2241 is **DISMISSED**.

**SO ORDERED** this **6th day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1